UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| EDWARD CALVERT,<br><br>and<br><br>MELODY CALVERT,<br><br>         Plaintiffs,<br>v.<br><br>WELLS FARGO, INC.,<br><br>         Defendant. | Case No:<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Now comes Plaintiffs Edward Calvert and Melody Calvert, through her undersigned counsel and for their Complaint against Defendant Wells Fargo, Inc., alleges as follows:

## INTRODUCTION

1. This action arises out of the Defendant's repeated violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

2. "The TCPA is designed to protect individual consumers from receiving intrusive and unwanted telephone calls." *Mims v. Arrow Fin. Servs., LLC*, 132 S.Ct., 740, 745, 181, L.Ed. 2d 881 (2012).

## JURISDICTION AND VENUE

3. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 47 U.S.C. § 227.

4. Venue is proper in this District because the conduct complained of occurred here, Plaintiffs reside here, and Defendant transacts business here.

## PARTIES

5. Edward Calvert and Melody Calvert ("Plaintiffs") are married, and are natural persons who resides in the City of Wellsville, KS.

6. Wells Fargo, Inc. ("Wells Fargo") is a foreign corporation conducting business in the state of Kansas.

## FACTUAL ALLEGATIONS

7. Between 2004 and 2014, Wells Fargo repeatedly contacted Plaintiffs on their cell phones numbered (913) 575-8947 and (913) 575-8699.

8. At all times relevant to this Complaint, Wells Fargo used, controlled, and operated "automatic telephone dialing systems" as defined by the TCPA, 47 U.S.C. § 227(a)(1) and 47 C.F.R. 64.1200(f)(2).

9. At all times relevant to this Complaint, Wells Fargo used, controlled and utilized "artificial or prerecorded voice messages" as defined by the TCPA, 47 U.S.C. § 227(a)(1).

10. Wells Fargo initiated these calls using an automatic telephone dialing system.

11. Upon information and belief, these calls to Plaintiffs came from a variety of numbers, including local numbers and "800" numbers.

12. Within these calls to Plaintiffs, Wells Fargo utilized pre-recorded messages.

13. Plaintiffs will testify that upon answering several of these calls, they would hear a prerecorded message and were not immediately connected to a live person.

14. These prerecorded messages identified Wells Fargo as the caller.

15. Wells Fargo did not have Plaintiffs' prior express consent to call their cellular telephone numbers.

16. Plaintiffs repeatedly informed representatives of Wells Fargo, including multiple supervisors, that they wanted Wells Fargo calls to their cellular phones to stop.

17. Wells Fargo should have discontinued future calls after being informed by each of the Plaintiffs that they desired the calls to stop.

18. Instead, Wells Fargo continued to call Plaintiffs almost daily from the 15th day of each month to the end of each month, notwithstanding their multiple requests that the calls cease.

19. Wells Fargo's repeated autodialed calls to Plaintiffs' cell phones were unlawful communications in violation of the TCPA.

20. Furthermore, Wells Fargo's failure to cease contacting Plaintiffs after being requested to do so constituted a willful violation of the TCPA, entitling Plaintiffs to treble damages.

## PRAYER FOR RELIEF

## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT
## 47 U.S.C. § 227 et seq.

**WHEREFORE**, Plaintiffs, Edward Calvert and Melody Calvert, respectfully pray that judgment be entered against Wells Fargo as follows:

- For an award of statutory damages of $500.00 per call pursuant to 47 U.S.C. § 227(b)(3)(B) against Wells Fargo and for Plaintiffs;

- For an award of treble damages of $1,500.00 per call pursuant to 47 U.S.C. § 227(b)(3) against Wells Fargo and for Plaintiffs;

- For such other and further relief, as may be just and proper.

## JURY DEMAND

Plaintiff respectfully requests a trial by jury on all issues so triable.

Respectfully submitted,

Credit Law Center

Dated: September 18, 2017

By: /s/ Creighton P. Mayo
Creighton P. Mayo #78644
Credit Law Center
4041 Lakewood Way, Ste. 200
Lee's Summit, MO 64064
P: (816) 282-6606
F: (855) 523-6884
creightonmayo@creditlawcenter.com

**Attorney for Plaintiff**