UNITED STATES DISTRICT
COURT IN THE DISTRICT
OF KANSAS

| | |
|---|---|
| EDWARD CALVERT and )<br>MELODY CALVERT, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WELLS FARGO, INC. )<br>)<br>Defendant. ) | Case No. 2:17-cv-02550 |

**JOINT STIPULATION OF DISMISSAL OF PLAINTIFF
EDWARD CALVERT'S INDIVIDUAL CLAIM ONLY**

Comes now the Plaintiffs, Melody and Edward Calvert, pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), by and through undersigned counsel Creighton P. Mayo, and Wells Fargo, Inc., who hereby jointly stipulate to the dismissal with prejudice of only Plaintiff Edward Calvert's claims as to Wells Fargo, N.A. (erroneously sued as Wells Fargo, Inc.), with each side to bear its own fees and costs.

Respectfully submitted,

**Date: March 27, 2018**     **By:**     */s/ Creighton P. Mayo*
Creighton P. Mayo  #78644
Credit Law Center
4041 N.E. Lakewood Way, Ste. 200
Lee's Summit, MO 64064
P: (816) 246-7800
F: (855) 523-5900
creightonm@creditlawcenter.com

**ATTORNEY FOR PLAINTIFFS**

**and;**

By:     */s/ Emily R. Davis*

    Emily R. Davis, KS #25444
    LATHROP GAGE LLP
    10851 Mastin Blvd., Suite 1000
    Building 82, Corporate Woods
    Overland Park, Kansas 66210
    Telephone: (913) 451-5100
    Facsimile: (913) 451-0875
    edavis@lathropgage.com

Michael J. Abrams, KS #15407
LATHROP GAGE LLP
2345 Grand Blvd., Suite 2800
Kansas City, Missouri 64108
Telephone: (816) 292-2000
Facsimile: (816) 292-2001
mabrams@lathropgage.com

Eric J. Troutman*
Nicole Y. Su*
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, California 92626
Tel.: (714) 800-1400
Fax: (714) 800-1499
troutman.eric@dorsey.com
su.nicole@dorsey.com
*Admitted Pro hac vice*

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

This certifies that on this 27th Day of March, 2018, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Creighton P. Mayo
Attorney for Plaintiff
