# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MELODY CALVERT,** | Case No.   2:17-cv-02550 |
| **Plaintiffs,** | |
| v. | |
| **WELLS FARGO, N.A.,** | |
| **Defendant.** | |

## NOTICE OF PENDING SETTLEMENT

Plaintiff, with the consent of Defendant WELLS FARGO, hereby apprises the Court that the Plaintiff and WELLS FARGO have reached a settlement in principle of this matter. The settlement will, on completion, result in the dismissal of this litigation with prejudice. The parties request that the case be stayed for all purposes, but remain open until September 24, 2018, at which time the dismissal papers will be filed with the Court.

Respectfully submitted,

*/s/ Thomas A. Addleman*
Thomas A. Addleman #51864
4041 NE Lakewood Way, Suite 200
Lee's Summit, MO 64064
Tele:   (816) 246-7800
Fax:    (855) 523-6884
toma@creditlawcenter.com
**ATTORNEY FOR PLAINTIFF**

and

-1-

-2-

Emily R. Davis, KS #25444
10851 Mastin Blvd., Suite 1000
Building 82, Corporate Woods
Overland Park, Kansas 66210
Telephone: (913) 451-5100
Facsimile: (913) 451-0875

and

LATHROP GAGE LLP
Michael J. Abrams, KS #15407
2345 Grand Blvd., Suite 2800
Kansas City, Missouri 64108
Telephone: (816) 292-2000
Facsimile: (816) 292-2001
mabrams@lathropgage.com

Eric J. Troutman*
Nicole Y. Su*
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, California 92626
Tel.: (714) 800-1400
Fax: (714) 800-1499
troutman.eric@dorsey.com
su.nicole@dorsey.com
*Admitted Pro hac vice*

ATTORNEYS FOR DEFENDANT

*/s/Thomas A. Addleman*
**Thomas Addleman**
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

This certifies that on this 23rd day of July 2018, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Thomas A. Addleman
Attorney for Plaintiff
