UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MELODY CALVERT,

                Plaintiff,

v.                              Case No. 2:17-cv-2550-JWL-GEB

WELLS FARGO BANK, N.A.,

                Defendant.

## JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Melody Calvert ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") hereby stipulate that this action and all claims Plaintiff has asserted against Wells Fargo be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated this 21st day of September, 2018.

                Respectfully submitted,

By:    *Tom Addleman*
     Tom Addleman, KS # 21104
     CREDIT LAW CENTER
     4041 N.E. Lakewood Way, Suite 200
     Lee's Summit, MO 64064
     Telephone: (816) 246-7800
     Facsimile: (855) 523-6884
     toma@creditlawcenter.com

*Attorneys for Plaintiff Melody Calvert*

4829-2293-8453\1

2

By: _____
Michael J. Abrams, KS #15407
Jehan Moore, KS #22081
LATHROP GAGE LLP
2345 Grand Blvd., Suite 2800
Kansas City, Missouri 64108
Telephone: (816) 292-2000
Facsimile: (816) 292-2001
mabrams@lathropgage.com
jmoore@lathropegage.com

Eric J. Troutman*
Nicole Y. Su*
WOMBLE BOND DICKINSON (US) LLP
3200 Park Center Drive, Suite 700
Costa Mesa, California 92626
Tel.: 714.557.3800
Fax: 714.557.3347
Eric.troutman@wbd-us.com
Nicole.su@wbd-us.com
*Admitted Pro hac vice*


*Attorneys for Defendant
Wells Fargo Bank, N.A.*