IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MELODY CALVERT,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **WELLS FARGO BANK, N.A.,** ) <br> ) <br> **Defendant.** ) <br> ) <br> ) | **CIVIL ACTION** <br><br> **No. 17-2550-JWL-GEB** |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff Melody Calvert and Defendant Wells Fargo Bank, N.A's Joint Stipulation to Dismiss Action with Prejudice. The parties have stipulated to the dismissal of Plaintiff's claims against Defendant, with prejudice and with the parties to bear their own costs and attorney's fees. Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendant are DISMISSED WITH PREJUDICE.

IT IS HEREBY ORDERED that this action, including all claims that were brought by Plaintiff Melody Calvert in this action, is dismissed with prejudice.

**IT IS SO ORDERED.**

**Dated this 24th day of September, 2018 at Kansas City, Kansas.**

s/ John W. Lungstrum
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**